COMMONWEALTH of Pennsylvania,
Respondent,

v.

**Edward BAKER, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 15, 1997.

## ORDER

PER CURIAM

AND NOW, this 15th day of October, 1997, we **DENY** the Application for Review of the Superior Court Order Staying and Vacating the Lower Court Bail Order.

**KHODARA ENVIRONMENTAL, INC.,**
**General Partner, on Behalf of EAGLE**
**ENVIRONMENTAL, L.P., Appellant,**

v.

**COMMONWEALTH of Pennsylvania,**
**FISH AND BOAT COMMISSION,**
Appellee.

Supreme Court of Pennsylvania.

Oct. 21, 1997.

### *ORDER*

PER CURIAM:

And now this 21st day of October, 1997, the order of Commonwealth Court is affirmed.